UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　Respondent. | No. CV-05-418-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**JUDGMENT HAVING** been entered against Timothy Williams in Asotin County (Washington) Superior Court on or about May 19, 2003; Mr. Williams' conviction having become final before the Supreme Court decided *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004); and the Ninth Circuit having decided that *Blakely* does not apply retroactively to a conviction that became final before that case was decided, *Schardt v. Payne*, 414 F.3d 1025, 1038 (9th Cir.2005); Now, therefore

**IT IS HEREBY ORDERED:**

1. Magistrate Judge Michael W. Leavitt correctly determined that Mr. Williams may not challenge the validity of his conviction under *Blakely v. Washington*, *supra*.

2. Mr. Williams' objections (Ct. Rec. 7) are

ORDER - 1

overruled.

3. The Court adopts Magistrate Judge Leavitt's report and recommendation (Ct. Rec. 6).

4. Mr. Williams' amended petition for a writ of habeas corpus (Ct. Rec. 5) is dismissed with prejudice.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to file this order, enter judgment accordingly, furnish copies of the order and judgment to Mr. Williams, and close the case.

**DATED** this ___10th___ day of March, 2006.

s/Fred Van Sickle<br>
Fred Van Sickle<br>
United States District Judge

ORDER - 2